**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

v.     Criminal Case No. 12-50065-001

**TAMMY LEWIS**                                                                 **DEFENDANT**

## O R D E R

Now on this 23rd day of January, 2013, come on for consideration defendant's **Motion For Pre-Sentence Release** (document #23) and the **Magistrate Judge's Report And Recommendation** (document #25), to which no objection has been made, and the Court, having carefully reviewed the Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant's **Motion For Pre-Sentence Release** (document #23) is **denied**.

**IT IS SO ORDERED.**

                                           /s/ Jimm Larry Hendren
                                           JIMM LARRY HENDREN
                                           UNITED STATES DISTRICT JUDGE